IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| HAWAY TURAY, DEBORAH BROWN, and WONDA THOMAS, | § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION NO. H-09-193 |
| HARRIS COUNTY, TEXAS, | § § | |
| Defendant. | § § | |

**FINAL JUDGMENT**

Based on the order adopting the memorandum and recommendation of the Magistrate Judge and granting the defendant's motion for summary judgment, the plaintiffs' claims are dismissed, with prejudice.

This is a final judgment. Each party will bear its own costs.

SIGNED on March 7, 2011, at Houston, Texas.

　　　　　　　　　　　　　　　　　　　　　　　　Lee H. Rosenthal
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge